IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **CARL E. TURNER,** | **CASE NO. 2:06-cv-700** |
| | **JUDGE SARGUS** |
| Petitioner, | **MAGISTRATE JUDGE KING** |
| v. | |
| **TIMOTHY BRUNSON, Warden,** | |
| Respondent. | |

## OPINION AND ORDER

On June 15, 2007, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Doc. No. 9. Petitioner objects to all of the Magistrate Judge's recommendation that all of his claims be dismissed as procedurally defaulted.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of the Report and Recommendation. None of the cases referred to by petitioner alter this Court's conclusion that, for the reasons discussed in the Magistrate Judge's *Report and Recommendation*, petitioner's claims are procedurally defaulted. Petitioner's objections are **OVERRULED**. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

**IT IS SO ORDERED.**

7-10-2007

EDMUND A. SARGUS, JR.
United States District Judge