UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| CARL E. TURNER, | : | CASE NO. C2-06-700 |
| Petitioner, | : | JUDGE EDMUND A. SARGUS, JR. |
| vs. | : | MAGISTRATE JUDGE NORAH MCCANN KING |
| TIMOTHY BRUNSON, Warden, | : | |
| Respondent, | : | |

## PETITIONER TURNER"S NOTICE OF APPEAL PRO SE

NOW COMES, CARL E. TURNER, The Petitioner herein, acting by and through pro se capacity, hereby gives notice of appeal unto the United States Court of Appeals, Sixth Circuit from the judgment and decision of the United States District Court Southern District of Ohio, Eastern Division, Columbus, Ohio. In Habeas Corpus Case No. C2-06-700 pursuant to the opinion and order filed July 10, 2007.

Respectfully submitted

*Carl E. Turner*
Carl E. Turner
Chillicothe Correctional Inst.
Post Office Box 5500
Chillicothe, Ohio 45601

¶ 1 ¶

## AFFIDAVIT OF VERITY OF CARL E. TURNER PRO SE

### PETITIONER

UNITED STATES OF AMERICA §
STATE OF OHIO § SS :
COUNTY OF ROSS §

I, CARL E. TURNER, AFFIANT / PETITIONER PRO SE HEREIN, HEREBY STATES THAT I WAS FIRST ADVISED IN ACCORDANCE WITH LAW WHERE I STATE THE SAME TO BE TRUE AND FACTUAL :

1. I certify / verify that I am the affiant / petitioner Carl E. Turner.

2. I certify / verify that I am of legal age and of sound mind.

3. I certify / verify that I am making the instant request for informa pauperis and Certificate of Appealability in good faith.

4. I certify / verify declare under pains and penalties of perjury under FRAP 4(c)(1) that I am making timely deposit of notice of appeal and certificate of appealability with the Chillicothe Correctional Institution inmate mailroom staff on this 1st day of August, 2007.

5. I certify / verify that first class postage has been requested by myself for service of aforementioned documents where I fully affirm / cerify / verify certificate of service date.

¶ 2 ¶

FUTHER AFFIANT SAYETH NAUGHT.

*Carl E. Turner*
CARL E. TURNER
AFFIANT / PETITIONER

SWORN TO AND SUBSCRIBED IN MY PRESENCE, THIS 3rd DAY OF AUGUST, 2007, BY THE AFORESAID **CARL E. TURNER**, IN MY PRESENCE, A NOTARY PUBLIC, IN AND FOR THE COUNTY OF ROSS, STATE OF OHIO.

*John M. Pittenger*
NOTARY PUBLIC

JOHN M. PITTENGER
Notary Public, State of Ohio
My Commission Expires
June 20, 2009

CERTIFICATION :

I, hereby certify that one true and accurate copy of the foregoing legal instrument Notice of Appeal has been served upon the Ohio Attorney General Office, 615 West Superior Avenue, Cleveland, Ohio 44113-1899, on this 3rd day of August, 2007, via my personal hand delivery to Chillicothe Correctional Institution prison mailroom officials for regular U.S. Postal Service upon the aforemention party and Court System.

*Carl E. Turner*
Petitioner

¶ 3 ¶