IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CARL E. TURNER,**

    Petitioner,

  vs.                          Civil Action 2:06-CV-700
                                Judge Sargus
                                Magistrate Judge King

**WARDEN CHILLICOTHE
CORRECTIONAL INSTITUTION,**

    Respondent.

## ORDER

      Petitioner has filed a notice of appeal, Doc. No. 12, but has neither paid the filing fee nor sought leave to proceed on appeal without prepayment of fees.  Petitioner is **ORDERED** to do so within thirty (30) days.  His failure to do so may result in the dismissal of his appeal.


August 9, 2007                                  *s/Norah McCann King*
                                            Norah McCann King
                                   United States Magistrate Judge